# United States District Court

**CENTRAL**     **DISTRICT OF**     **CALIFORNIA**

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

Up to $272,805.00 on deposit in Pasadena Federal Credit Union checking account number 119130.

**SEIZURE WARRANT CASE**

**NUMBER:** 2:21-MJ-4972

TO <u>United States Secret Service</u> and any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>Special Agent Daniel Hochman</u> who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Up to $272,805.00 on deposit in Pasadena Federal Credit Union checking account number 119130

**subject to seizure and forfeiture under** <u>18 U.S.C. §§ 981(a)(1)(A)</u> and <u>(C)</u> and <u>982(b)</u> and <u>21 U.S.C. § 853(e)</u> and <u>(f)</u>

**concerning a violation of Title** <u>18</u> **United States Code, Section(s)** <u>1343, 1344, 1956(c)(7)(A), 1961(1)(B), and 1957.</u>

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

<u>Pasadena Federal Credit Union</u> is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent(s) serving the warrant, in the form of a cashier's check.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

10/29/2021   11:25 a.m.
Date and Time Issued

Honorable Michael R. Wilner, Magistrate Judge
Name and Title of Judicial Officer

Los Angeles, California
City and State

*[signature]*
Signature of Judicial Officer

AUSA Dan G. Boyle;tk

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 11/1/21 | DATE AND TIME WARRANT EXECUTED 11/2/21 0830HRS | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH JEREMY BALOUN (PASADENA FCU) |

INVENTORY MADE IN THE PRESENCE OF

SPECIAL AGENTS MONIQUE VAN / DANIEL HOCKMAN

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

PASADENA FEDERAL CREDIT UNION CASHIERS CHECK NO. 1028176 DATED NOVEMBER 5, 2021, PAYABLE TO THE UNITED STATES SECRET SERVICE FOR $272,800.00 FROM ACCOUNT NUMBER 119130.

## CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 11/9/21

_____
*Executing Officer's Signature*

DANIEL HOCKMAN / SPECIAL AGENT
*Printed Name and Title*